UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur J. Doiron

      v.

                              Case No. 16-ccv-264-SM

New Hampshire Department of
Corrections, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 24, 2016, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Mr. Dorion's complaint is hereby dismissed as he has failed to state any federal claim upon which relief might be granted. His claims asserted under state law are dismissed without

prejudice.  The Clerk of Court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: December 29, 2016

cc:   Arthur Doiron, pro se