UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur Doiron

    v.                             Case No. 16-cv-264

FNU Camirand, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 12, 2017, for the reasons set forth therein. Plaintiff's motion to withdraw his motion to reopen this matter is granted, without prejudice to plaintiff's ability to file a new motion to reopen this case at a later date.

"'[O]nly those issues fairly raised by the objections to report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 7, 2017

cc: Arthur Doiron, pro se